IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>HUNG THUC PHAM,<br><br>            Defendant. | 4:24CR3055<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 31.)  Having reviewed the record in this case, the Court finds as follows:

1. On September 4, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $5,110.00 in United States currency.  (Filing No. 22.)

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on September 20, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.  A Declaration of Publication was filed herein on November 20, 2024.  (Filing No. 30.)

3. The United States has advised the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Final Order of Forfeiture (Filing No. 31) is granted;

2. All right, title and interest in and to the $5,110.00 in United States currency seized from the Defendant on or about September 12, 2023, held by any person or entity are forever barred and foreclosed;

3. The $5,110.00 in United States currency is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 21st day of November, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge